```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


EASYSNAP NORTH AMERICA, LLC,
a California Limited Liability
Company,

        Plaintiff,

    v.                              NO. CIV. S-13-2274 LKK/DAD

TAIPAK ENTERPRISES, LTD.,
EASYPACK SOLUTIONS SRL, et al.,

        Defendants.
_____/
TAIPAK ENTERPRISES, LTD.,

          Plaintiff,

    v.                              NO. CIV. S-13-2258 LKK/DAD

EASYSNAP NORTH AMERICA, LLC;
MICHAEL MANSER, an individual;
JOHN LANGE, an individual; and
DOES 1 THROUGH 20, inclusive,             O R D E R

          Defendants.
_____/
```

On the court's own motion, IT IS HEREBY ORDERED:

1. Easysnap North America v. Taipak Enterprises, et al.,

1

      (No. 2:13-cv-2274 LKK DAD) and Taipak Enterprises v. Easysnap North America, et al., (No. 2:13-cv-2258 LKK DAD) are hereby CONSOLIDATED.

2. Case No. 2:13-cv-2258 LKK DAD is designated as the "master file."

3. The Clerk is directed to copy the operative complaint and the answer to the complaint from No. 2:13-cv-2274 LKK DAD, and to place those copies in the "master file;"

4. The Clerk is directed to administratively close case No. 2:13-cv-2274 LKK DAD.

5. The parties are directed to file all future pleadings only in case No. 2:13-cv-2258 LKK DAD.

DATED: January 22, 2014.

                                                  LAWRENCE K. KARLTON
                                                  SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT